Office of the Clerk
United States District Court
Northern District of Ohio
2 South Main Street
AKRON, OHIO 44308-1876

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

nsn

Terry Pidgeon
41969 OH 344
Leetonia, OH 44431
col 44406 ?

VACK1: 9333100079

CLEVELAND OH 440
5 JUN 2025
FIRST-CLASS MAIL
$000.69
06/05/2025 ZIP 44308

FILED
JUN 13 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

25cv0677

RECEIVED
JUN 13 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

NIXIE 441 DE 1 0006/10/25
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 44308187699 *0673-05842-05-43