# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| QUARTERBACK TRANSPORTATION INC. | ) | CASE NO. 4:25 CV 00677 |
| Plaintiff, | ) | JUDGE: JOHN R. ADAMS |
| -vs- | ) | |
| PIDGEON TRUCKING LLC, et al., | ) | **ENTRY OF DEFAULT JUDGMENT** |
| Defendants. | ) | |

Having considered Quarterback Transportation Inc.'s ("Plaintiff") Application for Default Judgment against Defendants Pidgeon Trucking LLC, Envelope 1, Inc., Tarry Pidgeon, and Travis Pidgeon (collectively "Defendants"), along with the Affidavit and Exhibit in support of Plaintiff's Motion, the Court finds that Plaintiff's damages are for a sum certain amount, and the Court hereby enters default judgment against Defendants in the amount of One Hundred Twenty Four Thousand Eight Hundred and Four Dollars ($124,804.00).

IT IS SO ORDERED.

Dated: July 9, 2025

By: /s/ John R. Adams
U.S. District Judge