## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Quarterback Transportation, Inc., | ) | CASE NO. 4:25-CV-00677 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF MAILING** |
| Pidgeon Trucking, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 4.2(c), I hereby certify that a copy of of ECF Number 13, Praecipe

for Issuance regarding Writ of Execution and ECF Number 14, Praecipe for Issuance regarding

Certificate of Judgment Lien Upon Lands and Tenements §2329.02 ORC filed by Quarterback

Transportation, Inc. was sent by ordinary mail this 28th day of July, 2025 to the following:

Pidgeon Trucking LLC
c/o Friedman & Rummel Co., LPA
3801 Starrs Center Drive
Canfield, Ohio 44406

Tarry Pidgeon
11471 Western Reserve Road
Salem, Ohio 44460

Envelope 1, Inc.
c/o Friedman & Rummel Co., LPA
3801 Starrs Center Drive
Canfield, Ohio 44406

Travis Pidgeon
12675 West Calla Road
Salem, Ohio 44460

Respectfully submitted,

*s/ Clare R. Taft*

CLARE R. TAFT (0076570)
**BENESCH, FRIEDLANDER, COPLAN &**
**  ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  ctaft@beneschlaw.com

*Attorney for Quarterback Transportation, Inc.*

27306724 v1