**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Quarterback Transportation, Inc., | ) | CASE NO. 4:25-CV-00677 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | **WRIT OF EXECUTION** |
| Pidgeon Trucking, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

To the CLERK of the United States District Court, Northern District of Ohio, Eastern Division:

Pursuant to Fed. R. Civ. P. 69, the undersigned, attorney for Quarterback Transportation, Inc. ("Plaintiff"), the judgment creditor in the above-entitled action, hereby requests the issuance of a writ of execution, returnable according to law, to the U.S. Marshal of the United States District Court, Northern District of Ohio, Eastern Division, instructing him/her to execute upon the following properties located at:

Envelope 1, 41969 State Route 344, Columbiana, Ohio 44408

Pidgeon Trucking, LLC, 11471 W. Western Reserve Road, Salem, Ohio 44460

12675 West Calla Road, Salem, Ohio 44460

11795 W. Western Reserve Road, Salem, Ohio 44460

8920 W. South Range Road, Salem, Ohio 44460

11538 W. Calla Road, Salem, Ohio 44460

9340 S. Salem Warren Road, Salem, Ohio 44460

12680 W. Calla Road, Salem, Ohio 44460:

    (1)    Any and all safes or cash registers and the contents of such safes and registers;

27306724 v1

(2) All furniture;

(3) All business vehicles;

(4) All other inventories, merchandise, stock and trade, fixtures, equipment, tools, office equipment, and supplies; and

(5) All other business personal property or assets

This request for issuance of a writ of execution is supported by the judgment rendered in the Entry of Default Judgment, which was entered on July 9, 2025 in the above-entitled action.

The clerk or executing officer should contact Clare R. Taft, Benesch, Friedlander, Coplan & Aronoff LLP, 127 Public Square, Suite 4900, Cleveland, Ohio 44114, (216) 363-4500 if any problems or questions arise.

Respectfully submitted,

*s/ Clare R. Taft*
CLARE R. TAFT (0076570)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: ctaft@beneschlaw.com

*Attorney for Quarterback Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was delivered via regular U.S. mail, postage prepaid, to the following this 15th day of August, 2025:

Pidgeon Trucking LLC
c/o Friedman & Rummel Co., LPA
3801 Starrs Center Drive
Canfield, Ohio 44406

Envelope 1, Inc.
c/o Friedman & Rummel Co., LPA
3801 Starrs Center Drive
Canfield, Ohio 44406

Tarry Pidgeon
11471 Western Reserve Road
Salem, Ohio 44460

Travis Pidgeon
12675 West Calla Road
Salem, Ohio 44460

*s/ Clare R. Taft*
CLARE R. TAFT (0076570)

*Attorney for Quarterback Transportation, Inc.*